IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FRANK JUNIOR DEGRAFFENREID,    )
                               )
            Petitioner,        )
                               )
      v.                       )      1:15CV628
                               )      1:13CR147-1
UNITED STATES OF AMERICA,       )
                               )
            Respondent.        )

## ORDER

On December 7, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections to the Recommendation within the time limit prescribed by Section 636. (Doc. 52.)

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the Recommendation (Doc. 50), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate, set aside or correct sentence (Doc. 28) is DENIED, and that this action is DISMISSED. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                            /s/    Thomas D. Schroeder
                           United States District Judge
January 22, 2018